HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD CURTIS DAVIS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C13-5438 RBL

ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER is before the Court on Petitioner Davis's Motion for a Certificate of Appealability on his 28 U.S.C. §2255 claim. The Motion tracks his underlying §2255 very closely.

The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). When the court

1 denies a claim on procedural grounds, the petitioner must show that jurists of reason would find
2 it debatable whether the petition states a valid claim of the denial of a constitutional right *and*
3 that jurists of reason would find it debatable whether the district court was correct in its
4 procedural ruling.  *Slack v. McDaniel*, 120 S.Ct. at 1604.
5      For the reasons stated in this Court's Order [Dkt. #11], Petitioner has failed to make "a
6 substantial showing of a denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Accordingly,
7 the Motion for a Certificate of Appealability is DENIED.
8      **IT IS SO ORDERED.**

10      Dated this 14th day of May, 2014.

12                                                         */s/ Ronald B. Leighton*
13                                                          RONALD B. LEIGHTON
                                                         UNITED STATES DISTRICT JUDGE